UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
STEPHANIE PENA,                          :      23cv1945 (DLC)
                                         :
                           Plaintiff,    :      ORDER
              -v-                        :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                           Defendants.   :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    An initial pretrial conference is scheduled for August 3, 2023 at 3:30 p.m.  On August 1, the parties submitted a letter seeking to adjourn the conference or to hold it telephonically.  It is hereby

    ORDERED that the conference shall be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749
        Access Code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          August 1, 2023

                                            _____
                                              DENISE COTE
                                  United States District Judge