UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   23cv1945 (DLC)
STEPHANIE PENA,                          :
                                         :   PRETRIAL
                            Plaintiff,   :   SCHEDULING ORDER
                                         :
            -v-                          :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    As set forth at the telephonic pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on August 3, 2023, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Plaintiff's counsel shall, by August 24, 2023, submit a status report on the plaintiff's medical release forms.

1. The parties are instructed to contact the chambers of Magistrate Judge Figueredo prior to August 11, 2023 in order to schedule settlement discussions under her supervision to occur in October 2023.

2. All fact discovery must be completed by January 26, 2024.

3. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by February 16, 2024. Defendants' identification of experts and disclosure of expert testimony must occur by March 8, 2024.

4. Expert discovery must be completed by March 29, 2024.

5. By March 29, 2024, defense counsel shall inform the Court by letter as to whether the defendants intend to bring a motion for summary judgment.

    In the event no motion for summary judgment is filed, the

Joint Pretrial Order must be filed by April 19, 2024.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

6. The case is placed on the May 2024 trial ready calendar.

SO ORDERED:

Dated:   New York, New York
         August 3, 2023

_____
DENISE COTE
United States District Judge