UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
STEPHANIE PENA,                            :         23cv1945(DLC)
                                           :
                         Plaintiff,        :         ORDER OF
                                           :         DISCONTINUANCE
          -v-                              :
                                           :
CITY OF NEW YORK, et al.,                  :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     It having been reported to this Court that this case has

been settled, it is hereby

     ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **April 25, 2024.**  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).


Dated:    New York, New York
          March 26, 2024


                                    _____
                                         DENISE COTE
                                    United States District Judge